ACCEPTED
01-15-00464-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

Christopher A. Prine, Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/30/2015 5:39:22 PM

CHRISTOPHER A. PRINE
Clerk

1st. Court of Appeals
01-15-00464-CV

Dear Mr. Prine

Attached Plaintiff's Docket Statement and Civil Case Information Sheet.    Please forward the attachments to the 1st Court of Appeal. If there are any questions, please contact me at 832 276 1712.

Andrew Patterson Pro Se /s/
6207 Fondren Road
Houston, Texas 77036
832 276 1712

CC Dana Gannon